Alma Shaffer, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 8,933.

Opinion filed January 17, 1936.

Gunn, Penwell & Lindley, for appellant. J. R. Dean, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Everett E. Smith, appellant, v. A. H. Skelton, appellee. Gen. No. 8,945.

Opinion filed January 17, 1936.

Graham & Dysert, for appellant. Acton, Acton & Baldwin, for appellee; W. M. Acton, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

National School Equipment Company, appellee, v. Board of Education No. 15 of Hancock County, appellant. Gen. No. 8,956.

Opinion filed January 17, 1936.

Edward S. Martin, for appellant. O'Harra, O'Harra & Roeth, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Edward Kibbat, appellee, v. May L. Clokey, appellant. Gen. No. 8,960.

Opinion filed January 17, 1936.

Martin & Hutchens, for appellant. No appearance for appellee.

Mr. Justice Fulton delivered the opinion of the court.